BARBARA N. BARATH (State Bar No. 268146)
COBLENTZ PATCH DUFFY & BASS LLP
One Montgomery Street, Suite 3000
San Francisco, California 94104-5500
Telephone: 415.391.4800
Facsimile: 415.989.1663
Email:     ef-bnb@cpdb.com

Attorney for Defendant
FANUC AMERICA CORPORATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ARTIFICIAL INTELLIGENCE INDUSTRY ASSOCIATION, INC.,<br><br>Plaintiff,<br><br>v.<br><br>FANUC AMERICA CORPORATION,<br><br>Defendant. | Case No. 4:26-cv-00860-YGR<br><br>**DEFENDANT FANUC AMERICA CORPORATION'S NOTICE OF PENDENCY OF OTHER ACTIONS INVOLVING SAME PATENT**<br><br>Trial Date:    None Set |

Pursuant to Local Patent Rule 2-1(a), Defendant FANUC America Corporation hereby notifies the Court of other actions involving U.S. Patent No. 11,257,272 ("the '272 patent"), the Patent-in-Suit in the present case.

On August 25, 2025, Artificial Intelligence Industry Association ("AIIA") filed a complaint against Osaro, Inc. for infringement of the Patent-in-Suit (*Artificial Intelligence Industry Association, Inc. v. Osaro, Inc.*, No. 3:25-cv-07170-PHK).  On September 9, 2025, AIIA filed a complaint against Parallel Domain, Inc. for infringement of the Patent-in-Suit (*Artificial Intelligence Industry Association, Inc. v. Parallel Domain, Inc.,* No. 3:25-cv-07658-PHK).  Both cases are currently pending in the Northern District of California.

On September 17, 2025, AIIA also filed a complaint against Ceres AI, Inc. for infringement of the Patent-in-Suit (*Artificial Intelligence Industry Association, Inc. v. Ceres AI, Inc.*, No. 3:25-cv-07924-PHK).  In that case, the parties stipulated to dismissal of AIIA's claims with prejudice on December 29, 2025, and the case was terminated on January 2, 2026.

DATED:  February 19, 2026         COBLENTZ PATCH DUFFY & BASS LLP

By: _____
BARBARA N. BARATH
Attorney for Defendant
FANUC AMERICA CORPORATION