UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **ARTIFICIAL INTELLIGENCE INDUSTRY ASSOCIATION, INC.,**<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>**FANUC AMERICA CORPORATION,**<br>　　Defendant. | Case No.: 4:26-CV-00860<br><br>**ORDER OF REFERENCE TO MAGISTRATE JUDGE FOR ALL PURPOSES** |

　　　　Pursuant to Local Rule 73-1(b), Patent Local Rule 2-1(a), and the consent of the parties as reflected in their joint stipulation (Dkt. Nos. 16, 17), this matter is **REFERRED** to Magistrate Judge Peter H. Kang for all purposes including trial and entry of judgment.

　　　　To the extent that there are any hearings or conferences scheduled before the undersigned, they are hereby vacated.

　　　　The parties will be advised of the date, time and place of the next appearance by notice from the assigned Magistrate Judge.

　　　　**IT IS SO ORDERED**.

Dated: February 25, 2026

　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　YVONNE GONZALEZ ROGERS
　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT COURT JUDGE

cc:  Magistrate Judge Peter H. Kang